granted so far as to insert the word "unanimously" before the word "ordered" in the order.

---

SABIN, Respondent, v. JONES, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Albert A. Sabin against Collins G. Jones. No opinion. Judgment affirmed, with costs.

---

SALVINSKY et al., Respondents, v. LEVIN, Appellant. (City Court of New York, General Term. January 3, 1899.) Action by Solomon Salvinsky and another against Marks Levin. Henry M. Levin, for appellant. Abraham Levy, for respondents.

PER CURIAM. Judgment and order appealed from affirmed, with costs.

---

SANDERS, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Term. January 23, 1899.) Action by Jennie Sanders against Adolph Richter. C. Brandt, Jr., for appellant. L. W. Harburger, for respondent.

PER CURIAM. This case was tried at the same time, and submitted on the same testimony, as that of Wilking v. This Defendant (Sup.) 55 N. Y. Supp. 582. For the reasons stated in the opinion handed down in that case, the judgment herein must be reversed, and a new trial ordered, with costs to appellant to abide the event.

---

In re SCHEIDEBERG. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Herman Scheideberg. No opinion. Motion granted, with $10 costs.

---

SCHEURER et al., Appellants, v. GROUND HOG TUNNEL & MINING CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Peter Scheurer and others against the Ground Hog Tunnel & Mining Company and others. C. A. Brodek, for appellants. W. S. Haskell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 55 N. Y. Supp. 743.

---

SEXSMITH, Respondent, v. MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Thomas Sexsmith against Henry H. Mills. No opinion. Order affirmed, with $10 costs and disbursements.

---

SIEFKE, Respondent, v. SIEFKE, Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Herman Siefke against Henry Siefke. De Lancey Nicoll, for appellant. William Allan, for respondent.

McLAUGHLIN, J. The evidence introduced upon this trial is substantially the same as that offered on the former trial. On the former trial the complaint was dismissed, but on appeal this court held (6 App. Div. 472, 39 N. Y. Supp. 601), that the trial court erred, and that the case should have been submitted to the jury. The law as declared on the previous appeal is

the law of this case. I think, therefore, that the judgment and order should be affirmed, with costs. VAN BRUNT, P. J., and PATTERSON, J., concur. For the reasons stated by Mr. Justice INGRAHAM on the former appeal, O'BRIEN and INGRAHAM, JJ., dissent. See 47 N. Y. Supp. 953.

---

SILVER, Respondent, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Fannie L. Silver against the Fidelity & Deposit Company of Maryland. No opinion. Judgment and order affirmed, with costs.

---

SIMON, Respondent, v. LONG ISLAND MUT. FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Harry Simon against the Long Island Mutual Fire Insurance Company. No opinion. Judgment and order denying motion for a new trial on the minutes reversed, and a new trial ordered, with costs to the appellant to abide the event. Held, that the verdict is contrary to the weight of evidence. Order denying motion for a new trial on the ground of newly-discovered evidence reversed, with $10 costs and disbursements. ADAMS, J., concurs. WARD, J., concurs in the result. HARDIN, P. J., not voting. See 50 N. Y. Supp. 736.

---

SISSINGH, Respondent, v. BERNHARDT et al., Appellants. (Supreme Court, Appellate Term. January 23, 1899.) Action by Albert Sissingh against Bika Bernhardt and others. Martin Paskusz, for appellants. Louis Levy, for respondent.

PER CURIAM. Counsel on both sides, in their briefs, which have been submitted to the court, refer to the proceedings in the attachment suit, and to the transfer to the plaintiff of the cause of action arising under the bond as being in evidence. The record, however, utterly fails to show that any such proof was offered or received, nor have any exhibits in that regard been transmitted to us. The record must; therefore, be sent back to the trial justice for a further return, and the case restored to the general calendar for argument.

---

SMITH, Appellant, v. COE, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Frank S. Smith, as receiver, against Edward P. Coe. C. W. Artz, for appellant. C. B. Hubbell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

SMITH v. CROCKER. (Supreme Court, Appellate Division, First Department. December 30, 1898.) Action by Frederick H. Smith, Jr., against Henry J. Crocker. No opinion. On payment of $10 costs, order amended by inserting the word "unanimously" before the word "ordered."

---

SMITH, Appellant, v. POERSHKE, Respondent. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Ac-

tion by Annie E. Smith against Edward R. Poershke. No opinion. Motion granted, with $10 costs.

SMITH et al., Appellants, v. WILL & BAUMER CO., Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Higbie Smith and another against Will & Baumer Company. T. Hogan, for appellants. G. E. Blackwell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SOLOMON. (Supreme Court, Appellate Division, First Department. December 23, 1898.) In the matter of Fink Solomon, deceased. B. Loewy, for appellant. H. Myer, for respondent. No opinion. Decree affirmed with costs.

SPIES v. MUNROE et al. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by Amelia L. Spies against John Munroe and others. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 916.

SQUYER, Respondent, v. WARD et al., Appellants. (Supreme Court, Appellate Division, First Department. December 23, 1898.) Action by H. Seymour Squyer against T. E. Ward & Company and George E. Whitcomb. J. Rosensweig, for appellants. No opinion. Order affirmed, with $10 costs and disbursements.

STANDARD FASHION CO., Respondent, v. SIEGEL–COOPER CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by the Standard Fashion Company against the Siegel-Cooper Company and another. E. C. Perkins, for appellants. J. M. Bowers, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 433.

STARBUCK et al. v. PHENIX INS. CO. (Supreme Court, Appellate Division, First Department. December 16, 1898.) Action by Matilda E. Starbuck and others against the Phenix Insurance Company. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 293.

STARK, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Thomas F. Stark against Demian D. Williams. No opinion. Judgment modified by striking therefrom the words "upon the merits," and, as so modified, affirmed, with costs.

STATEN ISLAND WATER–SUPPLY CO Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Staten Island Water-Supply Company against the city of New York. T. Connoly, for appellant. H. J. Brightman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STEVENS et al., Appellants, v. CENTRAL NAT. BANK OF BOSTON et al., Respond-

ents. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Aaron R. Stevens and others against the Central National Bank of Boston and others. No opinion. Motion to settle order granted by adding thereto the words, "And the appeal from the judgment dismissed." See 54 N. Y. Supp. 673.

STEVENS et al., Respondents, v. ROUSE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Charles E. Stevens and another as executors, etc., against Charles A. Rouse and another. No opinion. Judgment affirmed, with costs.

STISSER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. December 8, 1898.) Action by Augusta Stisser against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See 52 N. Y. Supp. 861.

STODDARD, Respondent, v. LUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Horace H. Stoddard, as assignee, etc., against Chauncey H. Lum and others. No opinion. Motion granted, and questions allowed, certified, and filed with the clerk. See 53 N. Y. Supp. 607.

STUART, Appellant, v. STUART, Respondent. (Supreme Court, Appellate Division, First Department. December 9, 1898.) Action by Jeanette R. Stuart against William W. Stuart. G. W. Peckham, for appellant. H. Thompson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by Ann Jane Sullivan against John W. Clark and others. Albert I. Sire, for appellant. O. B. Gould, for respondents. No opinion. Judgment affirmed, with costs.

SULLIVAN et al., Respondents, v. SPRING GARDEN INS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by James S. Sullivan, Timothy D. Sullivan, and Charles J. Sullivan against the Spring Garden Insurance Company. No opinion. Decision amended so as to give the defendant leave to withdraw demurrer, and serve answer within 20 days, upon payment of the costs of demurrer and of appeal. See 54 N. Y. Supp. 629.

In re SYRACUSE JOURNAL CO. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) In the matter of the voluntary dissolution of the Syracuse Journal Company, claim of Henry Bright. No opinion. So much of the order as authorizes the receiver to indorse the Johann Hoff Company's certificates affirmed, and that part which prefers the claim of Henry Bright for $218.56 reversed, without costs to either party.